**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 12 2019

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANSAS**

**LITTLE ROCK DIVISION**

KEVIN BASSETTI,

      Plaintiff,

vs.

GLOBAL CREDIT & COLLECTION
CORPORATION, LLC

      Defendant.

Case No.: 4:19CV562-JM

**COMPLAINT AND JURY DEMAND**

This case assigned to District Judge _Moody_
and to Magistrate Judge _Volpe_

**COMPLAINT**

NOW COMES Plaintiff, KEVIN BASSETTI ("Plaintiff"), through his attorneys, hereby alleges the following against Defendant, GLOBAL CREDIT & COLLECTION CORPORATION ("Defendant"):

**Nature of the Action**

1.    This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

**Parties**

2.    Plaintiff is a natural person residing, in the city of New Edinburg, County of Cleveland, Arkansas and is otherwise *sui juris.*

3.    Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692(a)(3).

4.    Defendant is a Delaware corporation conducting business in the state of Arkansas and has its principal place of business in Chicago, Illinois.

5.      Defendant is a debt collector as defined by 15 U.S.C. § 1692(a)(6), and sought to collect a consumer debt from Plaintiff.

6.      Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7.      Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692(k)(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8.      Because Defendant conducts business in Arkansas, personal jurisdiction is established.

9.      Venue is proper in the United States District Court Eastern District of Arkansas pursuant to 28 U.S.C § 1391(b) because Plaintiff resides within this District and a substantial part of the events or omissions giving rise to the herein claims occurred in this District.

## Factual Allegations

10.     On or around April 8, 2019, Defendant placed a collection call to Plaintiff seeking and demanding payment for an alleged consumer debt.

11.     Plaintiff's alleged debt arises from transactions for personal, family, and household purposes.

12.     Defendant called Plaintiff's telephone number at (870) XXX-8055.

13.     On or around April 8, 2019, Defendant left a voicemail message on Plaintiff's answering machine.

14.     In the voicemail message, Defendant failed to meaningfully disclose the company's name or the nature of the call or state that the call was from a debt collector.

15.     In the voicemail message, Defendant directed Plaintiff to call back telephone number (866) 318-6742, a number that belongs to Defendant.

16.     In the voicemail message, Defendant failed to disclose the purpose of its call was to collect a debt allegedly owed by Plaintiff.

17.     Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## FIRST CAUSE OF ACTION

## DEFENDANT VIOLATED THE FDCPA *15 U.S.C. § 1692 et seq.*

18.     Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-17.

19.     Defendant's violations of the FDCPA include, but are not limited to, the following:

a.     Defendant violated *§1692(d)* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

b.     Defendant violated *§1692(d)(6)* of the FDCPA by failing to meaningfully disclose its identity;

c.     Defendant violated *§1692(e)* of the FDCPA by any other false, deceptive, or misleading representation or means in connection with the debt collection; and

d.     Defendant violated *§1692(e)(11)* of the FDCPA by failing to contain the warning: This is an attempt to collect a debt... communication is from a debt collector.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

COMPLAINT AND JURY DEMAND

- 3 -

1

## FIRST CAUSE OF ACTION

2

20.   Statutory damages of $1000.00 pursuant to 15 U.S.C. § 1692k;

3

4

21.   Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

5

22.   Awarding such other and further relief as may be just, proper and equitable.

6

## **JURY TRIAL DEMAND**

7

23.   Plaintiff demands a jury trial on all issues so triable.

8

9

RESPECTFULLY SUBMITTED,

10

11

Dated: August 6, 2019

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:*/s/ Adam Hill*
Adam Hill
Attorney for Plaintiff
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 236-3525
Email: adamh@jlohman.com

COMPLAINT AND JURY DEMAND

- 4 -